UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE FERNANDO CHAVEZ,<br><br>        Petitioner,<br><br>   v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>        Respondent. | CASE NO. 2:23-cv-1631<br><br>ORDER |

On January 25, 2024, the Honorable S. Kate Vaughan, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation (R&R), recommending that the Court grant Respondent's motion to dismiss Petitioner's habeas petition without prejudice. Dkt. Nos. 6, 9. Petitioner did not object to the R&R and the time for objecting has passed.

Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

ORDER - 1

1. The Court adopts the R&R and enters the Proposed Judgment. Dkt. Nos. 9, 9-2.

2. Respondent's Motion to Dismiss is GRANTED, Petitioner's federal habeas petition is DENIED, and this action is DISMISSED without prejudice.

3. The Clerk is directed to send copies of this Order to the parties and Judge Vaughan.

Dated this 17th day of April, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2