**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOSE FERNANDO CHAVEZ,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

Respondent.

Case No. 2:23-01631-JNW

**ORDER GRANTING MOTION TO ADD APPOINTED APPELLATE COUNSEL TO CM/ECF SERVICE LIST AND DISTRICT COURT DOCKET**

The Court has considered Petitioner's Motion to Add Appointed Appellate Counsel to CM/ECF Service List and District Court Docket.

The motion is **GRANTED**.

The Clerk is directed to add Nancy M. Olson to the CM/ECF service list and docket in this matter for purposes of receiving electronic notice of filings and accessing the district court record.

The addition of appellate counsel to the CM/ECF service list and docket shall not constitute an appearance as counsel of record in the district court proceedings and shall not constitute admission to practice before this Court.

**IT IS SO ORDERED**.

DATED: October 27, 2026

The Honorable Jamal N. Whitehead
United States District Judge